UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Craig Thomas Bates,

Plaintiff,

vs. REPORT AND RECOMMENDATION

J. Lamphior, Sgt.,
V. Bahl, Insurer of the
CCA,

Defendants. Civ. No. 00-851 (DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 10th day of October, 2000.

* * *

This matter is before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A) and (B), upon the Defendants' Motion to Dismiss the Plaintiff's Complaint, and the Defendants' Motion to Treat the Dismissal as a Countable Strike.

The Plaintiff's Complaint was filed on April 5, 2000, together with an application to proceed in forma pauperis. On June 8, 2000, we issued a Report and Recommendation, which recommended that the Plaintiff's request for pauper status be denied. Thereafter, on July 5, 2000, the Plaintiff notified the Clerk of Court that he was voluntarily withdrawing his Complaint and, therefore, he requested

FILED OCT 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

that his initial $20.00 filing fee payment be returned. Pursuant to this request, the Plaintiff's Complaint was dismissed, and his file was closed by the Clerk of Court. However, due to the apparent failure of the Plaintiff to notify the Defendants of his voluntary dismissal, a Motion to Dismiss was filed, by the Defendants, on August 30, 2000.

In response to the Defendants' Motion, the Plaintiff asks that the Court disregard his request for a voluntary dismissal, and that we consider his Memorandum in Opposition to the Motion. However, because the Plaintiff's request for dismissal was granted, we are without authority to consider these Motions, as they have been rendered moot, by the Plaintiff's voluntary dismissal of his Complaint. In the event that the Plaintiff wishes, again, to pursue his original cause of action, he may file such an action with the Clerk of Court, in the form of a Complaint, if such an action is allowable at law.

NOW, THEREFORE, It is --

RECOMMENDED:

1. That the Defendants' Motion to Dismiss [Docket No. 14] be denied, as moot.

2. That the Defendants' Motion to Treat Dismissal as a Countable Strike [Docket No. 16] be denied, as moot.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

**N O T I C E**

Pursuant to Rule 6(a), Federal Rules of Civil Procedure, D. Minn. LR1.1(f), and D. Minn. LR72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties **by no later than October 27, 2000,** a writing which specifically identifies those portions of the Report to which objections are made and the bases of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals.

If the consideration of the objections requires a review of a transcript of a Hearing, then the party making the objections shall timely order and file a complete transcript of that Hearing **by no later than October 27, 2000,** unless all interested parties stipulate that the District Court is not required by Title 28 U.S.C.

§636 to review the transcript in order to resolve all of the objections made.