UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Craig Thomas Bates,

Plaintiff,

vs. ORDER

J. Lamphior, Sgt., V. Bahl,
Insurer of the CCA,

Defendants. Civ. No. 00-851 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, it is --

ORDERED:

1. That the Defendants' Motion to Dismiss [Docket No. 14] is denied, as moot.

2. That the Defendants' Motion to Treat Dismissal as a Countable Strike [Docket No. 16] is denied, as moot.

BY THE COURT:

Judge Donovan W. Frank
United States District Court

DATED: November 9, 2000
At St. Paul, Minnesota

FILED NOV 09 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK