nMon Jan 3 11:17:50 2005

UNITED STATES DISTRICT COURT
ST PAUL, MN

Receipt No. 300 146032
Cashier Lynda

Tender Type CHECK

Check Number: 79472

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 5100PL |

Amount $ 0.25

STATE OF WISCONSIN (FOR CRAIG BATES) 00-CV-851

PARTIAL PAYMENT

```
**************  CHECK STUB  *************  NON-NEGOTIABLE
DODGE CORRECTIONAL INSTITUTION           CHECK NUMBER 078472
AMOUNT   $*******0.25                    DATE      12/29/2004
------------------------------------------------------------
**************** TRANSACTION INFORMATION ****************
DATE: 12/27/2004       TYPE: WTH       NUMBER: 007590004-087
DESCRIPTION: WITHHOLDING - FEDERAL COURT FILING FEES
DOC/ACCOUNT: 01-3143
NAME       : 00162673
             BATES,CRAIG
```

RECEIVED
BY MAIL

JAN 03 2005

CLERK, US DIST. COURT
ST. PAUL, MN

SCANNED
JAN 03 2005
LS
U.S. DISTRICT COURT ST. PAUL

**State of Wisconsin**
Dodge Correctional Institution
Post Office Box 661
Waupun, Wisconsin 53963-0661

Bo/N.N.

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004325159
$ 00.37⁰
DEC 30 2004
MAILED FROM ZIP CODE 53963

55101X1477 C006